IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JASON MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. C07-3016-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| TURSSO COMPANY, INC., | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiff, Jason Myers, take nothing and this action is dismissed.

Dated: February 19, 2008        ROBERT L. PHELPS
                                                Clerk

                                                /s/ des
                                                (By) Deputy Clerk